**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES RUSSELL MUNSON**                                                              **PETITIONER**
**ADC #112106**


**v.**                                          **5:09-cv-00180-SWW-JJV**


**LARRY NORRIS**
**Director, Arkansas Department of Correction**                    **RESPONDENT**


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe and the parties' objections.  After carefully considering

the objections and making a *de novo* review of the record in this case, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED

WITHOUT PREJUDICE.  The requested relief is denied and any pending motions are denied as

moot.

DATED this 28th day of October, 2009.


                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE